**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MRH AUTO-WINNEMUCCA, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  WINNEMUCCA CHRYSLER DODGE JEEP RAM** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1914665** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**5050 E. WINNEMUCCA BLVD**<br>**Winnemucca, NV 89445**<br>Number, Street, City, State & ZIP Code<br><br>**Humboldt**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO BOX 7431**<br>**Reno, NV 89502**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor   **MRH AUTO-WINNEMUCCA, LLC**                                                    Case number (*if known*) _____
                    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor   **MRH AUTO-WINNEMUCCA, LLC**                                   Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **MRH-AUTO RENO, LLC** | Relationship | **COMMON PARENT COMPANY** |
| District | **NEVADA**   When **7/24/23** | Case number, if known | **23-50502** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor    **MRH AUTO-WINNEMUCCA, LLC**                    Case number (*if known*) _____
               Name

---

**16.  Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Debtor    **MRH AUTO-WINNEMUCCA, LLC**                                   Case number (*if known*)
_____
Name

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2023**
_____
MM / DD / YYYY

**X** **/s/ KEVIN E. SHEPPARD**                          **KEVIN E. SHEPPARD**
_____                    _____
Signature of authorized representative of debtor       Printed name

Title    **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER**

**18. Signature of attorney**

**X** **/s/ STEPHEN R. HARRIS**                          Date **July 24, 2023**
_____                         _____
Signature of attorney for debtor                            MM / DD / YYYY

**STEPHEN R. HARRIS**
_____
Printed name

**HARRIS LAW PRACTICE LLC**
_____
Firm name

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
_____
Number, Street, City, State & ZIP Code

Contact phone    **775-786-7600**         Email address    **steve@harrislawreno.com**
_____                              _____

**001463 NV**
_____
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

**Fill in this information to identify the case:**

Debtor name    **MRH AUTO-WINNEMUCCA, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2023**     *X* **/s/ KEVIN E. SHEPPARD**
                                          Signature of individual signing on behalf of debtor

                                          **KEVIN E. SHEPPARD**
                                          Printed name

                                          **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **MRH AUTO-WINNEMUCCA, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 700 CREDIT PO BOX 101015 Pasadena, CA 91189 | | GOODS/ SERVICES | | | | $3,591.91 |
| ALLY INSURANCE PO BOX 6543 Chicago, IL 60680 | | GOODS/ SERVICES | | | | $5,487.00 |
| ALLY WHOLESALE PO BOX 33128 Detroit, MI 48232 | | GOODS/ SERVICES | | | | $49,415.43 |
| ARAMARK 2680 PALUMBO DRIVE Lexington, KY 40509 | | GOODS/ SERVICES | | | | $5,346.78 |
| BANK OF AMERICA PO BOX 15796 Wilmington, DE 19886 | | CREDIT CARD PURCHASES | | | | $21,587.92 |
| CAPITAL ONE AUTO FINANCE ATTN: OPERATIONAL ACCOUNTING 7933 PRESTON ROAD Plano, TX 75024 | | GOODS/ SERVICES | | | | $297,708.68 |
| CJ LOGISTICS LLC 7175 DRACO CT Sparks, NV 89441 | | GOODS/ SERVICES | | | | $7,200.00 |
| DEALERTRACK LLC 6205 PEACHTREE DUNWOODY RD Atlanta, GA 30328 | | GOODS/ SERVICES | | | | $7,080.88 |
| ELKO BROADCASTING COMPANY 1800 IDAHO ST Winnemucca, NV 89445 | | GOODS/ SERVICES | | | | $14,217.50 |

Debtor **MRH AUTO-WINNEMUCCA, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FOX DEALER 150 W. ARROYO PKWY 2ND FL Pasadena, CA 91105** | | **GOODS/ SERVICES** | | | | **$5,750.00** |
| **INTERSTATE BATTERIES OF THE SIERRAS 2301 ARROWHEAD DR Carson City, NV 89706** | | **GOODS/ SERVICES** | | | | **$3,690.85** |
| **NEVADA DEPARTMENT OF TAXATION BANKRUPTCY DIVISION 4600 KIETZKE LANE STE L235 RENO, NV 89502** | | **SALES TAX LIABILITY** | | | | **$46,000.00** |
| **O'REILLY PO BOX 9464 Springfield, MO 65801** | | **GOODS/ SERVICES** | | | | **$7,416.64** |
| **SALT LAKE VALLEY CHRYSLER DODGE JEEP 2309 SOUTH STATE ST Salt Lake City, UT 84115** | | **GOODS/ SERVICES** | | | | **$3,444.89** |
| **SAMSON FUNDING 17 STATE STREET STE 630 New York, NY 10004** | | **MONEY LOANED** | | | | **$325,000.00** |
| **SOUTHWEST GAS PO BOX 24531 Oakland, CA 94623** | | **GOODS/ SERVICES** | | | | **$3,957.87** |
| **SWDS 8659 RESEARCH DR Irvine, CA 92618** | | **GOODS/ SERVICES** | | | | **$7,337.00** |
| **VAUTO 1901 S. MEYERS RD Villa Park, IL 60181** | | **GOODS/ SERVICES** | | | | **$4,822.07** |
| **VIN SOLUTIONS PO BOX 935595 Atlanta, GA 31193** | | **GOODS/ SERVICES** | | | | **$10,933.71** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor   **MRH AUTO-WINNEMUCCA, LLC** _____    Case number *(if known)* _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WINNEMUCCA PUBLISHING 1022 S. GRASS VALLEY RD Winnemucca, NV 89445** | | **GOODS/ SERVICES** | | | | **$11,540.05** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re    **MRH AUTO-WINNEMUCCA, LLC**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **ACTUAL FEES/COSTS** |
| Prior to the filing of this statement I have received | $ | **9,238.00** |
| Balance Due | $ | **UNKNOWN** |

2.   The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    MOUNTAIN WEST AUTO GROUP, LLC

3.   The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

JULY 24, 2023
*Date*

/s/ Stephen R. Harris
**STEPHEN R. HARRIS**
*Signature of Attorney*
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600  Fax: 775-786-7764**
**steve@harrislawreno.com**
*Name of law firm*

# United States Bankruptcy Court
### District of Nevada

In re   **MRH AUTO-WINNEMUCCA, LLC**                                     Case No. _____

Debtor(s)                           Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MRH AUTO ENTERPRISES, LLC**<br>**PO BOX 7431**<br>**Reno, NV 89502** | | **100%** | **MEMBER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 24, 2023**                        Signature **/s/ KEVIN E. SHEPPARD**

**KEVIN E. SHEPPARD**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Nevada

In re  **MRH AUTO-WINNEMUCCA, LLC**
Debtor(s)

Case No.
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 24, 2023**

**/s/ KEVIN E. SHEPPARD**
**KEVIN E. SHEPPARD**/**MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER**
Signer/Title

MRH AUTO-WINNEMUCCA, LLC
PO BOX 7431
RENO, NV 89502

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

700 CREDIT
PO BOX 101015
PASADENA, CA 91189

A1 DISTRIBUTING
4770 S. 5600 W SUITE 120
SALT LAKE CITY, UT 84118

ACE AUTOMOTIVE
2163 US HWY 8
STE 100-3183
SAINT CROIX FALLS, WI 54024

ADVANCED AUTO INDUSTRIES
7161 55TH STREET  NORTH
SAINT PAUL, MN 55128

AIRGAS USA, LLC
623 FAIRGROUNDS RD
WINNEMUCCA, NV 89445

ALLY INSURANCE
PO BOX 6543
CHICAGO, IL 60680

ALLY WHOLESALE
PO BOX 33128
DETROIT, MI 48232

AMERICAN PARTS WAREHOUSE
2515 WHITE BEAR AVE
#A-8-206
SAINT PAUL, MN 55109

ARAMARK
2680 PALUMBO DRIVE
LEXINGTON, KY 40509

ATD 310 RENO
250 LILLARD WAY
SPARKS, NV 89434

AUTOZONE
PO BOX 116067
ATLANTA, GA 30368

BANK OF AMERICA
PO BOX 15796
WILMINGTON, DE 19886

CAPITAL ONE AUTO FINANCE
ATTN: OPERATIONAL ACCOUNTING
7933 PRESTON ROAD
PLANO, TX 75024

CAR QUET OF WINNEMUCCA
147 S. BRIDGES STREET
WINNEMUCCA, NV 89445

CITY OF WINNEMUCCA
90 WEST FOURTH STREET
WINNEMUCCA, NV 89445

CJ LOGISTICS LLC
7175 DRACO CT
SPARKS, NV 89441

CROWN AUTOMOTIVE LLC
15151 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

DEALERTRACK LLC
6205 PEACHTREE DUNWOODY RD
ATLANTA, GA 30328

DEALS & WHEELS
PO BOX 7153
RENO, NV 89510

DESERT DISPOSAL
4062 W. WINNEMUCCA RD.
WINNEMUCCA, NV 89445

ELKO BROADCASTING COMPANY
1800 IDAHO ST
WINNEMUCCA, NV 89445

FOURSIGHT CAPITAL
PO BOX 45026
SALT LAKE CITY, UT 84145

FOX DEALER
150 W. ARROYO PKWY
2ND FL
PASADENA, CA 91105

GO AUTO SUPPLY
931 PINE ST
SAINT CROIX FALLS, WI 54024

HUMBOLDT COUNTY LANDFILL
50 WEST 5TH ST
WINNEMUCCA, NV 89445

INLAND SUPPLY CO
770 W. 6TH ST
WINNEMUCCA, NV 89445

INTERSTATE BATTERIES OF THE SIERRAS
2301 ARROWHEAD DR
CARSON CITY, NV 89706

JERRY'S MOBILE AUTO PAINT & TOUCHUP
6995 W. ROSE CREEK RD
WINNEMUCCA, NV 89445

JOHN STEPHENS FAMILY TRUST
2610 MORTINO CIR
HENDERSON, NV 89052

KEN GRAFF
3425 N. DIGITAL DR
LEHI, UT 84043

KEN GRAFF CHRYSLER
4175 WEST 3500 SOUTH
SALT LAKE CITY, UT 84120

LARRY MILLER SANDY
10905 S AUTOMALL DRIVE
SANDY, UT 84070

LARRY MILLER TOYOTA MURRAY
5650 SOUTH STATE STREET
SALT LAKE CITY, UT 84107

LOCKWOOD MOORE, INC.
1610 MEADOW WOOD LANE
RENO, NV 89502

MRH AUTO ENTERPRISES, LLC
PO BOX 7431
RENO, NV 89502

NATIONAL CREDIT CENTER
PO BOX 740285
LOS ANGELES, CA 90074

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
4600 KIETZKE LANE STE L235
RENO, NV 89502

O'REILLY
PO BOX 9464
SPRINGFIELD, MO 65801

PDQ AUTO CENTER, LLC
PO BOX 2563
WINNEMUCCA, NV 89445

PLATINUM ANALYTICS & DISTRIBUTION, INC.
DBA FAST GLASS
1329 HWY 395 N STE 10-144
GARDNERVILLE, NV 89410

PORTFOLIO
25541 COMMERCENTRE DR.
SUITE 100
LAKE FOREST, CA 92630

ROYAL PUBLISHING
7620 N HARKER DRIVE
PEORIA, IL 61615

SAGAR RAICH, ESQ.
RAICH LAW PLLC
6785 S. EASTERN AVE., STE 5
LAS VEGAS, NV 89119

SALT LAKE VALLEY CHEVROLET
4050 WEST 3500 SOUTH
SALT LAKE CITY, UT 84120

SALT LAKE VALLEY CHRYSLER DODGE JEEP
2309 SOUTH STATE ST
SALT LAKE CITY, UT 84115

SAMSON FUNDING
17 STATE STREET
STE 630
NEW YORK, NY 10004

SOLERA IDENTIFIX
PO BOX 856618
MINNEAPOLIS, MN 55485

SOUTHWEST DEALER SERVICES
8659 RESEARCH DR
IRVINE, CA 92618

SOUTHWEST GAS
PO BOX 24531
OAKLAND, CA 94623

STELLANTIS
10645 N TATUM BLVD
SUITE 200-651
PHOENIX, AZ 85028

SUPERIOR SUPPLY
PO BOX 42
TAYLORS FALLS, MN 55084

SWDS
8659 RESEARCH DR
IRVINE, CA 92618

THERMO FLUIDS INC.
42 LONGWATER DR
NORWELL, MA 02061

TOTAL AUTOMOTIVE
2431 GALPIN CIR
SUITE 110
CHANHASSEN, MN 55317

ULINE
PO BOX 88741
CHICAGO, IL 60680

UNITED DISTRIBUTORS, INC
1294 HELMO AVE N
SAINT PAUL, MN 55128

UTILITY TELECOM
PO BOX 8489
STOCKTON, CA 95208

```
VAUTO
1901 S. MEYERS RD
VILLA PARK, IL 60181

VIN SOLUTIONS
PO BOX 935595
ATLANTA, GA 31193

WINNEMUCCA PUBLISHING
1022 S. GRASS VALLEY RD
WINNEMUCCA, NV 89445
```

# United States Bankruptcy Court
## District of Nevada

In re   **MRH AUTO-WINNEMUCCA, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MRH AUTO-WINNEMUCCA, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MRH AUTO ENTERPRISES, LLC**
**PO BOX 7431**
**Reno, NV 89502**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 24, 2023** | **/s/ STEPHEN R. HARRIS** |
| Date | **STEPHEN R. HARRIS** |
| | Signature of Attorney or Litigant |
| | Counsel for   **MRH AUTO-WINNEMUCCA, LLC** |
| | **HARRIS LAW PRACTICE LLC** |
| | **850 E. PATRIOT BLVD.** |
| | **SUITE F** |
| | **Reno, NV 89511** |
| | **775-786-7600 Fax:775-786-7764** |
| | **steve@harrislawreno.com** |

**United States Bankruptcy Court**
**District of Nevada**

In re    **MRH AUTO-WINNEMUCCA, LLC**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **KEVIN E. SHEPPARD**, declare under penalty of perjury that I am the **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of  **MRH AUTO-WINNEMUCCA, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 24th day of July, 2023 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date  July 24, 2023

Signed  /s/ Kevin E. Sheppard
**KEVIN E. SHEPPARD**

Resolution of Board of Directors
of
**MRH AUTO-WINNEMUCCA, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **KEVIN E. SHEPPARD**, **MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **KEVIN E. SHEPPARD, MEMBER OF MRH AUTO ENTERPRISES, LLC, MEMBER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date  July 24, 2023 _____    Signed  **/s/ Kevin E. Sheppard** _____

Date  _____    Signed  _____